# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:    Derric Evan Tucker          CASE NO. 03-18939

Debtor(s).

_____/

## REAFFIRMATION AGREEMENT

**FILED**

**DEC - 9 2003**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

WHEREAS:

I. **Derric Evan Tucker,** (hereinafter "Debtor") is/are indebted to BOMBARDIER CAPITAL INC. on Retail Installment Contract dated 01/17/2000 secured by 1999 Nomad 2610 ATV and upon which remains an unpaid principal balance of $12,783.42 plus interest accruing daily at the contractual rate. Debtor's account number is 117802;

II. Debtor filed a petition in this Court for relief under Chapter 7 of the Bankruptcy Code, Case No. 03-18939 and a discharge has not been entered in such case;

III. Debtor desires to reaffirm said debt, notwithstanding the bankruptcy filing;

IV. Debtor makes this agreement voluntarily, with knowledge that he/she is not required to do so by bankruptcy law or any other law, and with full awareness of his/her rescission rights as outlined below.

NOW THEREFORE, Debtor and BOMBARDIER CAPITAL INC. agree as follows:

I. The debt shall be reaffirmed in the principal amount of $12,783.42 to accrue interest daily at the contractual interest rate;

II. Debtor shall pay this sum at the rate of $197.92 per month under the same terms as called for under the original contract dated 01/17/2000.

III. This agreement is the entire agreement between the parties, and any verbal agreements or representations in contravention of its terms are hereby declared void and unenforceable.

IV. Debtor and BOMBARDIER CAPITAL INC. agree that in the event of legal action to enforce or interpret this Reaffirmation Agreement, the prevailing party shall be entitled to attorneys' fees.

### ***NOTICE TO DEBTORS***

THIS AGREEMENT MAY BE RESCINDED AT ANY TIME PRIOR TO DISCHARGE OR WITHIN SIXTY (60) DAY AFTER IT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY SENDING WRITTEN NOTICE OF RESCISSION TO BOMBARDIER CAPITAL INC. THIS AGREEMENT IS VOLUNTARY AND THE DEBTOR HAS BEEN ADVISED THAT IT IS NOT REQUIRED UNDER BANKRUPTCY OR NONBANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF 11 U.S.C SECTION 524 (c).

Debtor understands that each party shall be bound by the terms and conditions of the original debt contract or agreement described above and that in the event Debtor rescinds this reaffirmation agreement, creditor will keep all payments made.

Debtor agrees to appear before the Court at the discharge hearing (if required), and to notify Lender of the Court's disposition of this bankruptcy case and any subsequent decision by Debtor to rescind.

V. Dated this _18_ day of _November_ 2003.

BOMBARDIER CAPITAL, INC.

By: _Wendy Jones_
    12-3-03

_____
Debtor

_____
Co-Debtor

### DECLARATION OF ATTORNEY FOR DEBTOR

I, Wayne Hardcastle, Esq., hereby declare:

1. That I am the attorney of Derric Evan Tucker, in his/her Chapter 7 case;
2. That I have represented the Debtor during the course of negotiating an agreement under 11 U.S.C 524(c);
3. That I fully advised the Debtor of the legal effect and consequences of this agreement and any default under such agreement.
4. That this agreement represents a fully informed and voluntary agreement by the Debtor and does not impose an undue hardship on the Debtor or a dependent of the Debtor.

_____                          _11/18/03_
Wayne Hardcastle, Esq.                            Date

PRINT YOUR CHARACTERS IN CAPITAL LETTERS USING BLACK OR BLUE INK-READ INSTRUCTIONS ON REVERSE SIDE.

`ABCDEFGHIJKLMNOPQRSTUVWXYZ0123456789`

## NOTICE OF RELEASE OF LIABILITY
MAIL THIS FORM TO DMV

A. BUYER'S TRUE FULL NAME (LAST) (FIRST) (MIDDLE) B. IF DEALER, CHECK BEL

C. BUYER'S ADDRESS

D. ODOMETER READING

E. CITY STATE ZIP CODE

F. DATE OF SALE MO DAY YR

G. SELLER'S TRUE FULL NAME (LAST) (FIRST) (MIDDLE)

H. SELLER'S ADDRESS

I. SELLING PRICE

J. CITY STATE ZIP CODE

K. SELLER'S SIGNATURE X

VEHICLE ID NUMBER: 1SN200M22XB001372
YR MODEL: 1999  MAKE: NOMAD
PLATE NUMBER: 1HY2733

REG. 138A (REV. 11/97)  — DO NOT DETACH UNTIL SOLD

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

59400011818

TRAILER

VEHICLE ID NUMBER: 1SN200M22XB001372
YR MODEL: 1999  MAKE: NOMAD
PLATE NUMBER: 1HY2733

BODY TYPE MODEL: CCH
AX: UNLADEN WEIGHT: FUEL: TRANSFER DATE:
FEES PAID: $216
REGISTRATION EXPIRATION DATE: 01/31/2001

YR 1ST SOLD: 2000  CLASS: DF  *YR:  MO: FM
EQUIPMT/TRUST NUMBER:
ISSUE DATE: 01/28/00

MOTORCYCLE ENGINE NUMBER:
ODOMETER DATE:  ODOMETER READING:

REGISTERED OWNER(S)
TUCKER DERRIC E
1113 W SEEGER
VISALIA CA 93277

I certify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. ___ DATE  X ___ SIGNATURE OF REGISTERED OWNER
1b. ___ DATE  X ___ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ▢▢▢▢▢,▢▢▢▢▢ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE | TRANSFEROR/SELLER SIGNATURE(S) X | DATE | TRANSFEREE/BUYER SIGNATURE(S) X
PRINTED NAME OF AGENT SIGNING FOR A COMPANY | PRINTED NAME OF AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)
BOMBARDIER CPTAL
PO BX 600610
JACKSONVILLE
FL 32260

2. X ___
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date ___

025443  CA 44922221
REG. 17.30 (REV. 2/98)

# SIMPLE INTEREST FINANCE CHARGE

Dealer Number **2670**  Contract Number **JOHNNY**  R.O.S. Number _____  Stock Number **NT171**

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| DERRIC E TUCKER<br>1113 W. Seeger<br>1113 ~~X Seegar~~<br>VISALIA CA 93277 | Magic Touch RV's, Inc.<br>3567 Oaks Street<br>Tulare, CA 93274 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 1999 | NOMAD 2610 | -0- | 1SN200M22XB001372 | [X] personal, family or household<br>[ ] business<br>[ ] agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 11.50 % | $ 13,077.97(e) | $ 15,422.51 | $ 28,500.48 | $ 28,500.48 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | | |
| One Payment of | | |
| 144 Payments | 197.92 | Monthly, Beginning 02/16/2000 |
| One Final Payment | | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

## ITEMIZATION OF THE AMOUNT FINANCED

1. **Total Cash Price**
   - A. Cash Price of Motor Vehicle and Accessories      $ 14,100.00 (A)
     1. Cash Price Vehicle                 $ 14,100.00
     2. Cash Price Accessories             $ 0.00
   - B. Document Preparation Fee (not a governmental fee)  $ 45.00 (B)
   - C. Smog Fee Paid to Seller                            $ 0.00 (C)
   - D. Sales Tax (on A + B + C)                           $ 1,025.51 (D)
   - E. Luxury Tax                                         $ 0.00 (E)
   - F. Service Contract (optional)*                       $ 0.00 (F)
   - G. Prior Credit or Lease Balance paid by Seller to _____  $ 0.00 (G)
     (see downpayment and trade-in calculation)
   - H. Other (to whom paid)* **LABOR**                    $ 0.00 (H)
     For _____
   - **Total Cash Price (A through H)**                    $ 15,170.51 (1)
2. **Amounts Paid to Public Officials**
   - A. License Fees                        $ 0.00 (A)
   - B. Registration/Transfer/Titling Fees  $ 252.00 (B)
   - C. Smog Impact Fee                     $ 0.00 (C)
   - D. Other _____                      $ 0.00 (D)
   - E. Other _____                      $ 0.00 (E)
   - **Total Official Fees (A through E)**  $ 252.00 (2)
3. **Amount Paid to Insurance Companies**
   (Total premiums from Statement of Insurance column a + b)*  $ 0.00 (3)
4. **Smog Certification Fee Paid to State**  $ 0.00 (4)
5. **Subtotal (1 through 4)**  $ 15,422.51 (5)
6. **Total Downpayment**
   - A. Gross Trade-in  Yr ___ Make ___   $ 0.00 (A)
     Model ___ Odom ___
     VIN ___

## STATEMENT OF INSURANCE
NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker.

### Vehicle Insurance

|  | Term | Premium |
|---|---|---|
| $ **N/A** Ded. Comp., Fire & Theft | ___ Mos. | $ **N/A** |
| $ **N/A** Ded. Collision | ___ Mos. | $ **N/A** |
| Bodily Injury $ ___ Limits | ___ Mos. | $ **N/A** |
| Property Damage $ ___ Limits | ___ Mos. | $ **N/A** |
| Medical ___ | ___ Mos. | $ **N/A** |
| ___ | ___ Mos. | $ **N/A** |

Total Vehicle Insurance Premiums       $ ___ (a)

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X *[signature]*
Co-Buyer X
Seller X *Magic Touch RV's*

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance
[ ] Credit Life:  [ ] Buyer  [ ] Co-Buyer  [ ] Both
[ ] Credit Disability (Buyer Only)

|  | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | **None** Mos. | | $ **None** |
| Credit Disability **X** Mos. | | | $ " |

Total Credit Insurance Premiums $ **None** (b)

Insurance Company Name ___

Home Office Address ___

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

- All proceeds from insurance or service or gap contracts we finance for you. This includes any refunds of premiums.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge at the Annual Percentage Rate shown on the front of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance or service or gap contract charges.** If we obtain a refund on insurance or service or gap contracts, we will subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
      - You do not pay any payment on time;
      - You start a proceeding in bankruptcy or one is started against you or your property; or
      - You break any agreements in this contract.
   
   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   
   c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application. You promise you have given a true payoff amount on any vehicle traded in. If that payoff is more than the amount shown in item 6.B. on the front of this contract, you must pay us the excess upon demand.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

## CREDIT DISABILITY INSURANCE NOTICE CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

### Rescission Rights
a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may rescind (cancel) the contract.
b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to rescind. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.
c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.
d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

(see downpayment and trade-in calculation)
H. Other (to whom paid)* _____LABOR_____ $ __0.00__ (H)
For _____._____

Total Cash Price (A through H)  $ __15,170.51__ (1)

2. Amounts Paid to Public Officials
   A. License Fees $ __0.00__ (A)
   B. Registration/Transfer/Titling Fees $ __252.00__ (B)
   C. Smog Impact Fee $ __0.00__ (C)
   D. Other _____ $ __0.00__ (D)
   E. Other _____ $ __0.00__ (E)

Total Official Fees (A through E) $ __252.00__ (2)

3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance column a + b)* $ __0.00__ (3)
4. Smog Certification Fee Paid to State $ __0.00__ (4)
5. Subtotal (1 through 4) $ __15,422.51__ (5)
6. Total Downpayment
   A. Gross Trade-in Yr ____ Make ____ $ __0.00__ (A)
      Model ____ Odom ____
      VIN ____
   B. Less Prior Credit or Lease Balance $ __0.00__ (B)
   C. Net Trade-In (A less B) (indicate if a negative number) $ __0.00__ (C)
   D. Deferred Downpayment $ __0.00__ (D)
   E. Manufacturer's Rebate $ __0.00__ (E)
   F. Other ____ $ __0.00__ (F)
   G. Cash $ __0.00__ (G)

Total Downpayment (C through G) $ __0.00__ (6)
(If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1G above)

7. Amount Financed (5 less 6) $ __15,422.51__ (7)
*Seller may keep part of these amounts.

---

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: __N/A__
Amount $ __0.00__ Finance Charge $ __0.00__
Total $ __0.00__ Payable in __N/A__
installments of $ __0.00__ $ __0.00__
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable:

---

**NOTICE OF RESCISSION RIGHTS**
If Buyer and Co-Buyer sign here, the provisions of the Rescission Rights section on the back giving the Seller the right to rescind if Seller is unable to assign this contract to a financial institution will apply.
Buyer X _Dennis Tucker_ Co-Buyer X _____

OPTION: ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____, Year ____. SELLER'S INITIALS ____

---

Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.
You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

_1-17-00_ X _Dennis Tucker_ _3_
Date  Buyer Signature  Age

X _____
Date  Co-Buyer Signature  Age

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra cost. If you choose to buy a gap contract, the cost is shown in item 1H. See your gap contract for details on the protection it provides.
Term ____ Mos _None_
Name of Gap Contract
Buyer X _____

**SERVICE CONTRACT** (Optional) You want to purchase a service contract written with the following company for the term shown below for the price shown in item 1F.
Company _____
Term ____ Mos. or ____ Miles
Buyer X _____

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

X _____ X _____
Buyer Initials  Co-Buyer Initials

---

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _Dennis Tucker_ X _____

**Notice to buyer:**
(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _Dennis Tucker_ Co-Buyer Signature X _____

---

**THERE IS NO COOLING OFF PERIOD**
California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had

YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT BEFORE SIGNING BELOW.

YOU ACKNOWLEDGE RECEIPT OF A TRUE AND

**FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

**YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance or service or gap contracts we finance for you; and
- All proceeds from insurance or service or gap contracts we finance for you. This includes any refunds of premiums.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle, as the law allows.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge at the Annual Percentage Rate shown on the front of this contract.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on the face of this contract, not to exceed the highest rate permitted by law, until you pay.

g. **What we may do about optional insurance or service or gap contracts.** This contract may contain charges for optional insurance or service or gap contracts. If we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle.

**4. WARRANTIES SELLER DISCLAIMS**
**If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6. Applicable Law**
Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

**7. Warranties of Buyer.** You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application. You promise you have given a true payoff amount on any vehicle traded in. If that payoff is more than the amount shown in item 6.B. on the front of this contract, you must pay us the excess upon demand.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**CREDIT DISABILITY INSURANCE NOTICE**
**CLAIM PROCEDURE**
If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.
If your disability insurance covers all of your missed pay-