JOSEPH LEWIS HORSWILL--#76818
**HORSWILL, MEDEROS & DORMAN**
Attorneys at Law
791 North Cherry
Post Office Box 29
Tulare, California 93275
Telephone: (559) 686-3861
Facsimile: (559) 686-1514

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| In re<br><br>DERRIC EVAN TUCKER and<br>PAULA NORINE TUCKER,<br><br>    Debtors.<br><br>DERRIC EVAN TUCKER and<br>PAULA NORINE TUCKER,<br><br>    Movants,<br><br>vs.<br><br>BOMBARDIER CAPITAL INC.,<br><br>    Respondents. | Case No. 03-18939-A-13<br><br>DCN: JLH-4<br><br><br><br><br><br><br><br>Date: May 27, 2004<br>Time: 9:00 a.m.<br>Place: Dept. A, Second Floor<br>1130 "O" Street<br>Fresno, CA 93721 |

### MOTION TO VALUE COLLATERAL
### (Pursuant to subsections (a) and (d) of 11 U.S.C. § 506)

**NOW COMES** DERRIC EVAN TUCKER and PAULA NORINE TUCKER, through their attorney of record, HORSWILL, MEDEROS & DORMAN who moves the court for orders as follows:

    1.    The above-named Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code by filing their petition with the above-entitled Court on August 29, 2003. Debtors later on January 20, 2004, converted their case to one under Chapter 13. M. Nelson Enmark was

- 1 -

appointed as the Debtors' Chapter 13 Trustee. Debtors' Plan was filed on February 2, 2004, which provided for the valuation of the collateral of Respondent, BOMBARDIER CAPITAL, being a 1999 Nomad Travel Trailer, Model M-2610, VIN: 1SN200M22XB001372.

2. Debtors request the Court to value the 1999 Nomad Travel Trailer in which BOMBARDIER CAPITAL holds a security interest. The determination will supersede any greater security claim demanded in a proof of claim. Any objection to the creditor's claim is reserved. In the opinion of the Debtors the collateral has a value of $8,000.00. BOMBARDIER CAPITAL's creditor's claim is for $12,783.42.

3. The above-named Creditor, BOMBARDIER CAPITAL, 12735 Gran Bay Pkwy Suite 1000, Jacksonville, FL 32258 filed a claim with the above-entitled Court in connection with the security interest in said trailer, Claim No. 5, claiming a securing interest in the 1999 Nomad Travel Trailer. Debtors also request that the amount of the Creditor's secured claim not exceed the value of its security. This determination will supersede any greater secured claim demand in a proof of claim. Any objections to the Creditors' claim are reserved until after the Court has made a determination as to Debtors' requested value of the collateral. In the opinion of the Debtors the above-referenced collateral has a replacement value of $8,000.00, as supported in the accompanying declaration of Debtor.

4. Based upon the foregoing, Debtors request the Court value said collateral at $8,000.00 and that any claim above that amount by said secured creditor shall be treated as an unsecured claim payable under the Plan with other unsecured claims.

WHEREFORE, Movants pray for orders as follows:

1. That the 1999 Nomad Travel Trailer be valued at $8,000.00.

2. That the claim of BOMBARDIER CAPITAL for any amount above said $8,000.00 be treated as an unsecured claim payable under the Plan with other unsecured claims.

////
////
////
////

3. For such other and further orders as the Court deems just and proper.

DATED: April 20, 2004.

HORSWILL, MEDEROS & DORMAN

By: _____
JOSEPH LEWIS HORSWILL,
Attorneys for Movant

G:\JLH\Bankruptcy\Tucker\Bombardier.MtntoValue.wpd